No. 82–6527.   BIGG v. UNITED STATES ARMY.   C. A. 2d Cir.   Certiorari denied.

No. 82–6531.   GOODRICH v. NEW YORK.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 82–6550.   MULLEN v. STARR ET AL.   C. A. 8th Cir. Certiorari denied.

No. 82–6565.   MASTERS v. OHIO.   Ct. App. Ohio, Mahoning County.   Certiorari denied.

No. 82–6569.   LEONE v. DORAN ET AL.   Sup. Jud. Ct. Mass.   Certiorari denied.

No. 82–6580.   ANDERSON v. ZIMMERMAN ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 82–6596.   McGAVRAN v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 82–6602.   MURRELL v. BENNETT, COMMISSIONER OF ALABAMA BOARD OF CORRECTIONS, ET AL.   C. A. 11th Cir. Certiorari denied.

No. 82–6643.   MARTIN v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 82–6651.   CHRISTOPHER ET AL. v. UNITED STATES. C. A. 9th Cir.   Certiorari denied.

No. 82–6652.   HAWKINS v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 82–6654.   GREEN v. WARDEN, U. S. PENITENTIARY. C. A. 7th Cir.   Certiorari denied.

No. 82–6660.   CLEMONS v. SMITH, ATTORNEY GENERAL, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 82–6666.   TRIGNANI v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.